# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | No. ACM S32619 |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Chase A. RUSSELL** | ) | |
| **Airman First Class (E-3)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Special Panel** |

On 25 February 2021, Appellant submitted a Motion to Withdraw from Appellate Review and a request to attach document. Specifically, Appellant moved to attach DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant on 24 February 2020 and by Appellant's counsel on 25 February 2021. On 26 February 2021, the Government informed this court that it does not oppose the motion.

Accordingly, it is by the court on this 2d day of March, 2021,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and to Attach Document is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch, AFLOA/JAJM, for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2019 ed.).

**It is further ordered:**

This court's order of 2 February 2021 requesting the parties to file briefs to a specified issue is hereby rescinded.

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court